1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,
                                              NO. CR. S-07-483 LKK
12            Plaintiff,

13       v.                                   O R D E R

14   DARENCE LAMONT JORDAN,

15            Defendant.
     _____/

16

17        Defendant's motion to dismiss the indictment, filed April 5,

18   2013, is DENIED as frivolous.

19        IT IS SO ORDERED.

20        DATED: April 10, 2013.

21

22

23       LAWRENCE K. KARLTON
         SENIOR JUDGE
24       UNITED STATES DISTRICT COURT

25

26

                                    1