# UNITED STATES DISTRICT COURT
for the

Eastern District of California

United States of America )
v. )
) Case No: 2:07CR00483-04
DARENCE LAMONT JORDAN )
) USM No: 17431-097
Date of Original Judgment: 12/16/2008 )
Date of Previous Amended Judgment: ) David Porter, Assistant Federal Defender
*(Use Date of Last Amended Judgment if Any)* *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO SECTION 404 OF THE FIRST STEP ACT OF 2018

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under Section 404 of the First Step Act of 2018, P.L. 115-391, and the Fair Sentencing Act of 2010, imposing a reduced sentence on the defendant as if the Fair Sentencing Act had been in effect at the time the defendant's offense(s) was/were committed.

**IT IS ORDERED** that the motion is:

☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 168 months **is reduced to** 130 months.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 12/19/2008 shall remain in effect.

**IT IS SO ORDERED**.

Order Date: February 15, 2019

*Judge's signature*

Effective Date: February 15, 2019      TROY L. NUNLEY, UNITED STATES DISTRICT JUDGE
*(if different from order date)*                  *Printed name and title*