**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Darence Jordan

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTIRCT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Case No.: Cr.S-07-483-04-TLN |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE MOTION HEARING AND ORDER** |
| Darence Jordan, | Date: May 16, 2019 |
| Defendant | Time: 9:30 a.m. |
| | Judge: Hon. Troy L. Nunley |

## PROCEDURAL HISTORY

On December 19, 2008, Darence Jordan was sentenced in the above-captioned action. As part of his sentence, the Court denied Mr. Jordan the right to receive federal benefits but ordered their reinstatement upon certain conditions.

| | |
|---|---|
| 1 | On April 4, 2019, Mr. Jordan filed a Notice of Motion and Motion to reinstate his federal |
| 2 | benefits. On May 9, 2019, the government filed an opposition to the relief requested by Mr. |
| 3 | Jordan. |
| 4 | Based on the issues raised by the government's opposition, counsel for Mr. Jordan needs |
| 5 | additional time to obtain certain critical documents and research some reasonably nuanced areas |
| 6 | of the law. |
| 7 | Upon consultation with AUSA Jason Hitt, he has no opposition to Mr. Jordan's requested |
| 8 | continuance. |

## STIPULATION

Plaintiff, United States, and Defendant, Darence Jordan, through their undersigned counsel, hereby stipulate and agree and request the Court to re-set the date for the motion hearing in the above-mentioned case from May 16, 2019 to June 13, 2019 at 9:30 a.m..

**IT IS SO STIPULATED.**

DATED:	McGregor Scott
	United States Attorney

	/s/ Jason Hitt, Esq. by
	by Jan David Karowsky w/
	Mr. Hitt's approval
	by
	Jason Hitt
	Assistant U.S. Attorney
	by Jan David Karowsky

DATED:	JAN DAVID KAROWSKY
	Attorney at Law
	A Professional Corporation

	/s/ Jan David Karowsky, Esq.
	by
	JAN DAVID KAROWSKY
	Attorney for Defendant
	Darence Jordan

# ORDER

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance of the date now set for the motion hearing in this case would deny respective counsel for both parties reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED.**

Dated: 5/13/2019

Troy L. Nunley
United States District Judge