McGREGOR W. SCOTT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>DARENCE LAMONT JORDAN,<br><br>           Defendant. | CASE NO. 2:07-CR-00483-TLN<br><br>REQUEST TO CONTINUE ADMIT DENY HEARING; ORDER<br><br>DATE: January 7, 2021<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

### REQUEST TO CONTINUE ADMIT DENY HEARING

By previous order, this matter was set for an admit deny hearing on January 7, 2021. The parties jointly request that the Court reset this matter for February 18, 2021, at 9:30 a.m. The parties were unable to determine if the assigned probation officer is available on February 18, 2021. In the interim, if the probation officer is unavailable then the parties will work with the probation officer to find an appropriate new date.

Dated: January 6, 2021                     McGREGOR W. SCOTT
                                           United States Attorney


                                           /s/ JUSTIN L. LEE
                                           JUSTIN L. LEE
                                           Assistant United States Attorney

REQUEST TO CONTINUE ADMIT DENY                        1

Dated: January 6, 2021 　　　　　　　　/s/ MARK REICHEL
　　　　　　　　　　　　　　　　　　MARK REICHEL
　　　　　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　　　Darence Lamont Jordan

## ORDER

Based on the request of the parties, the admit deny hearing in this matter shall be reset for February 18, 2021, at 9:30 a.m.  IT IS SO ORDERED this 6th day of January, 2021.

　　　　　　　　　　　　　　　　　　Troy L. Nunley
　　　　　　　　　　　　　　　　　　United States District Judge