Cohen Defense Group
Philip Cozens SBN 84051
1515 Lincoln Way
Auburn, CA 95603
(530) 823-7700

Attorney for Defendant
Darence Lamont Jordan

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES, | ) | Case No. 2:07-CR-00483 TLN |
| | ) | |
| Plaintiff, | ) | ORDER FOR SUBSTITUTION OF ATTORNEY |
| | ) | |
| v. | ) | |
| | ) | |
| Darence Lamont Jordan | ) | |
| | ) | |
| Defendant, | ) | |
| _____ | ) | |

It is respectfully requested that Attorney Mark Reichel be relieved as attorney of record in the above captioned case due to health concerns and that attorney Philip Cozens be substituted in as appointed counsel for Defendant Jordan. Defendant Jordan continue to qualify for appointed counsel.

Dated: June 16, 2021

Respectfully submitted,

/s/ Mark Reichel_____
Mark Reichel
Attorney

I accept the substitution and ask to be appointed.

Dated: June 16, 2021

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

/s/ Philip Cozens
Philip Cozens
Attorney

I consent to the substitution.

Dated: June 16, 2021

/s/ Darence Lamont Jordan
Darence Lamont Jordan
Defendant

**ORDER**

IT IS SO ORDERED.

DATED: June 16, 2021

Troy L. Nunley
United States District Judge