PHILLIP A. TALBERT
Acting United States Attorney
ALEXIS NELSEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DARENCE LAMONT JORDAN,<br><br>Defendant. | CASE NO. 2:07-CR-00483 TLN<br><br>STIPULATION REGARDING CONTINUANCE OF STATUS; FINDINGS AND ORDER<br><br>DATE: June 17, 2021<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, Darence Jordan, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status of counsel on June 17, 2021. This matter had previously been set for a disposition hearing regarding defendant's violations of supervised release.

2. By this stipulation, defendant now moves to continue the status conference until July 15, 2021, at 9:30 a.m. The government does not oppose this continuance.

IT IS SO STIPULATED.

Dated: June 16, 2021

PHILLIP A. TALBERT
Acting United States Attorney

/s/ ALEXIS NELSEN
ALEXIS NELSEN
Assistant United States Attorney

Dated: June 16, 2021

/s/ PHILIP COZENS
PHILIP COZENS
Counsel for Defendant
Darence Lamont Jordan

# FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 16th day of June, 2021.

Troy L. Nunley
United States District Judge