UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:07-CR-00483-TLN-EFB-4 |
| Plaintiff, | **ORDER GRANTING ACCESS TO SEALED TRANSCRIPTS AND DOCUMENTS** |
| v. | |
| DARENCE JORDAN, | |
| Defendant. | |

Good cause having been shown, it is hereby ORDERED that Court Reporter Kacy Barajas shall provide Defendant's appellate counsel, attorney Elizabeth Richardson-Royer, with a copy of the complete transcripts from proceedings dated June 10, 2021 and February 25, 2021, including any sealed, ex parte portions.

It is further ORDERED that the Clerk of Court shall provide Ms. Richardson-Royer with a copy of, or access to, the documents filed at docket number 309, including attachments.

The sealed portions of these transcripts and documents shall remain under seal absent further order of this Court.

Dated: September 22, 2021

Troy L. Nunley
United States District Judge

1